CK# 107
rcpt# 128706
**FILED**
2010 JUL 28 PM 2:24
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re: REINHART, CHANDRA L.                    Case No. 09-38620

                                            Judge Richard L. Speer

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| American Infosource Lp as Agent for WFNNB for Dress Barn P.O. Box 248872 Oklahoma, OK 73124-8872 | | $1.40 |

~~Check for $1.40 payable to the Clerk of the United States Bankruptcy Court for deposit~~ into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

                                                _Ericka Parker_
                                               Ericka S. Parker, Trustee

Dated: 7/23/10

Cc:
Office of the U.S. Trustee